**DISMISS and Opinion Filed April 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00968-CV**

**FIRST UNITED BANK & TRUST CO., Appellant**
**V.**
**DC SERVICES, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-06245-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Breedlove
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated March 19, 2024, we informed appellant its brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


         /Robert D. Burns, III/
         ROBERT D. BURNS, III
230968F.P05         CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FIRST UNITED BANK & TRUST CO., Appellant

No. 05-23-00968-CV     V.

DC SERVICES, LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-06245-A.
Opinion delivered by Chief Justice Burns. Justices Molberg and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered April 17, 2024